# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **KATHY PRIDDY,** | ) | |
| | ) | |
|       **Plaintiff,** | ) | 1:17-cv-00116-GNS |
| | ) | |
| v. | ) | Judge Stivers |
| | ) | |
| **COMMON HEALTH CORPORATION, INC.,** | ) | |
| **d/b/a HILLCREST CREDIT AGENCY,** | ) | |
| | ) | |
|       **Defendant.** | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, KATHY PRIDDY, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3. Plaintiff specifically requests that the Telephonic Scheduling Conference scheduled for October 16, 2017, be stricken.

                                                              Respectfully submitted,
                                                              **KATHY PRIDDY**

                                              By:    s/ Kolbe A. Page
                                                           Attorney for Plaintiff

Dated: October 3, 2017

Kolbe A. Page (Bar #96111)  
Shane Hall Attorney at Law, PLLC  
P.O. Drawer 472  
Pikeville, KY 41502  
Telephone:    606-433-0433  
Facsimile:    606-433-9002  
E-Mail:       kolbe@shanehalllaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **KATHY PRIDDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:17-cv-00116-GNS |
| | ) | |
| v. | ) | Judge Stivers |
| | ) | |
| **COMMON HEALTH CORPORATION, INC.,** | ) | |
| **d/b/a HILLCREST CREDIT AGENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

**To:** John Paul Langenderfer
Surdyk, Dowd & Turner, Co., L.P.A.
8163 Old Yankee St., Suite C
Dayton, OH 45458

    I, Kolbe Paige, an attorney, certify that on **October 3, 2017**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| \_\_\_\_ | U.S. Mail | \_\_\_\_ | Facsimile |
| \_\_\_\_ | Messenger Delivery | \_\_\_\_ | Email |
| \_\_\_\_ | Federal Express/UPS | X | ECF |

By:    s/ Kolbe A. Page
            Attorney for Plaintiff

Dated: October 3, 2017

Kolbe A. Page (Bar #96111)
Shane Hall Attorney at Law, PLLC
P.O. Drawer 472
Pikeville, KY 41502
Telephone:    606-433-0433
Facsimile:      606-433-9002
E-Mail:        kolbe@shanehalllaw.com